AO 440 (Rev. 06/12) Summons in a Civil Action  - ILND Electronic Issuance 5/2025

# UNITED STATES DISTRICT COURT
### for the
## Northern District of Illinois

|  |  |
|---|---|
| Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
|  | ) ) |
| Apex Lines, Inc., an Illinois corporation | ) ) |
| *Defendant(s)* | ) |

Civil Action No. 25 C 12871

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Apex Lines, an Illinois corporation
c/o Its President and Registered Agent
Guoda Kijajevaite
1335 Oak Avenue
Lemont, Illinois  60439

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John J. Toomey
Arnold and Kadjan, LLP
35 E. Wacker Drive, Suite 600
Chicago, Illinois  60601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

October 23, 2025

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 10/26/25 @ 10:45 a.m. |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Brian Riebel | Process Server - IL Det. License 115.002394 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Served Apex Lines c/o Reg Agent Guoda

Kijajevaite (W/F, 40, black hair, 5'6", 180lbs) at residence 1335 Oak Ave, Lemont, IL 60439

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _10/26/25_
Date

_Signature of Server_

15826 S. Lagrange Rd. #260
Orland Park, IL 60462
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.