**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> APEX LINES, INC., an Illinois corporation <br><br> Defendant. | Case No.: 25 C 12871 <br><br> Judge Thomas M. Durkin <br><br> Magistrate Judge Beth W. Jantz |

**JOINT STATUS REPORT**

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorney, John J. Toomey of Arnold and Kadjan, LLP, and Defendant, APEX LINES, INC., an Illinois corporation, by its attorneys, Todd Miller and Kathleen Cahill of Allocco, Miller & Cahill, P.C., and pursuant to this Court's October 22, 2025 Minute Entry submits the following Joint Status Report.

**I.    The Nature of the Case**

    A.    **The attorneys of record for each party, including the attorney(s) expected to try the case.**

| Attorney for Plaintiffs | Attorneys for Defendants: |
|---|---|
| John J. Toomey (lead trial attorney) | Todd Miller (lead trial attorney) |
| ARNOLD AND KADJAN, LLP | Kathleen Cahill |
| 35 E. Wacker Drive, Suite 600 | Allocco, Miller & Cahill, P.C. |
| Chicago, Illinois 60601 | 20 N. Wacker Drive, Suite 3517 |
| (312) 236-0415 | Chicago, Illinois 60606 |
| | 312-675-4325 |

    B.    **The Basis of Federal Jurisdiction.**

Jurisdiction of this cause for collection of delinquent Fund contributions is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended for recovery of delinquent ERISA debt; pension and welfare unpaid contributions.

    C.    **The nature of the claims asserted in the complaint and any counterclaims and/or third party claims.**

Lawsuit was filed on October 22, 2025. Defendant was served on October 26, 2025.

Count I seeks an audit for the period of January 20, 2022 through September 30, 2025. Defendant's counsel has not provided the requested documents to complete the audit, but expects to be able to do so by January 31, 2026.

Defendant filed an Appearance and Answer filed on November 17, 2025. No counterclaims or affirmative defenses are anticipated or pled.

    D.    **State the major legal and factual issues in the case.**

Whether Employer owes delinquent benefit contributions and whether Plaintiffs are entitled to injunctive relief.

    E.    **The Relief sought by the Plaintiffs**

Payment of delinquent benefits plus all relief permitted under 29 U.S.C. 1132(g)(2), i.e. liquidated damages, interest, audit fees, reasonable attorneys' fees and costs and such other legal and equitable relief as the court deems appropriate.

**2.    Pending Motions and Case Plan**

    a.    No pending Motions.

    b.    Discovery will be needed on the following subjects:

    i.    The scope of the bargaining unit under the contract, as applied to Employers and how many men and weeks worked owed under the audit and any Employers' challenges to the audit findings.

    ii.    Discovery Plan:

    Rule 26(a)(1) disclosures are to be made by March 31, 2026.

    Date to issue written discovery May 1, 2026.

    All fact discovery is to be commenced in time to be completed by September 1, 2026.

    Plaintiffs anticipate taking the deposition of Guoda Kijajevaite, President Apex Lines, Inc., his bookkeeper and/or accountant.

    Defendant anticipates taking two depositions

    iii.    Plaintiffs and Defendants do not anticipate retaining experts. The auditor reviewing Defendant's books and records is not regarded as an expert.

2

    c.    E-Discovery

        i.    Discovery will not encompass electronically stored information and the parties plan to ensure that such discovery proceeds appropriately.

        ii.    The parties do not anticipate any electronic discovery disputes.

    d.    Jury Trial

No jury demand has been filed by either party.

Plaintiffs and Defendants anticipate a one to two day trial.

Respectfully submitted,

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, Plaintiffs | APEX LINES, INC., an Illinois corporation Defendant |
| s/John J. Toomey | s/Todd Miller |
| ARNOLD AND KADJAN, LLP | s/Kathleen Cahill |
| 35 E. Wacker Drive, Suite 600 | Allocco, Miller & Cahill, P.C. |
| Chicago, Illinois 60601 | 20 N. Wacker Drive, Suite 3517 |
| (312) 236-0415 | Chicago, Illinois 60606 |
| | 312-675-4325 |