IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>          Plaintiffs,<br><br>v.<br><br>APEX LINES, INC.,<br>an Illinois corporation<br><br>          Defendant. | Case No.: 2025 C 12871<br><br>Judge Thomas M. Durkin<br><br>Magistrate Judge Beth W. Jantz |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

To: Todd Miller
     Kathleen Cahill
     Allocco, Miller & Cahill, P.C.
     20 N. Wacker Drive, Suite 3517
     Chicago, Illinois 60606

    PLEASE TAKE NOTICE that on January 7, 2026, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

    1.    Joint Status Report pursuant to this Court's October 22, 2025 Minute Entry

a copy of which is attached hereto and served upon you.

                                           TRUSTEES OF THE SUBURBAN TEAMSTERS
                                           OF NORTHERN ILLINOIS WELFARE AND
                                           PENSION FUNDS, Plaintiffs

                                           s/John J. Toomey
                                           ARNOLD AND KADJAN, LLP
                                           35 E. Wacker Drive, Suite 600
                                           Chicago, IL 60601
                                           Telephone No.: (312) 236-0415
                                           Facsimile No.: (312) 341-0438
                                           Dated: January 7, 2026

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on January 7, 2026, I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system.

    s/John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: January 7, 2026