# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Trustees of the Suburban Teamsters of Northern
Illinois Welfare and Pension Funds

|  | Plaintiff, |  |
| --- | --- | --- |
| v. |  | Case No.: |
|  |  | 1:25−cv−12871 |
|  |  | Honorable Thomas M. Durkin |
| Apex Lines, Inc., an Illinois corporation |  |  |
|  | Defendant. |  |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 10, 2026:

   MINUTE entry before the Honorable Thomas M. Durkin: The telephone status hearing set for 5/6/2026 at 9:00 a.m. is reset for 5/5/2026 at 9:15 a.m. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.