**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | Case No.:  2025 C 12871 |
| v. | ) ) | Judge Thomas M. Durkin |
| | ) | |
| APEX LINES, INC., an Illinois corporation | ) ) ) | Magistrate Judge Beth W. Jantz |
| | ) ) | |
| Defendant. | ) | |

**MOTION TO COMPEL DISCOVERY RESPONSES**

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, by and through its attorneys, JOHN J. TOOMEY, of ARNOLD AND KADJAN, and pursuant to FRCP Rule 37(a)(2) and (d) moves for an Order compelling Defendant to Produce Records and that Rule 37.2 requirements have been met prior to bringing this Motion.  In support of its Motion, Plaintiffs state as follows:

1.      Plaintiffs issued Rule 34 Request to Produce Records for an Audit on February 12, 2026 to be responded to 30 days after receipt (Affidavit, Exhibit D).

2.      Defendant has not responded to the Rule 34 Request to Produce Records for an Audit.  Time to do so has expired.

3.      Plaintiff's counsel has sought responses to discovery pursuant to Local Rule 37.2 (Exhibit A, Affidavit of Counsel).

4.      The production of records are necessary to properly prosecute Plaintiff's claims.

5.      Responses to Plaintiffs' requests are overdue and these audit documents have been sought since May 9, 2025 (Affidavit, Exhibit A).  Defendant's failure to produce or cooperate caused the suit for audit to be filed on October 22, 2025.

6.      On August 15, 2025 Defendant's counsel advised Plaintiff's counsel his client would comply and produce documents (Affidavit, Exhibit C) which has not happened, 7 months later.

**WHEREFORE**, Plaintiffs pray that this Court enter an Order:

1.      Ordering that the Rule 34 Request to Produce Records for an Audit be fully complied with by April 13, 2026.

**2**.      That as set forth in FRCP 37(d) that Defendant pay reasonable litigation expenses including attorneys' fees of this motion.

Respectfully submitted,

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.:  (312) 236-0415
Facsimile No.:   (312) 341-0438
Dated:  March 26, 2026