**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, <br><br> Plaintiffs, <br><br> v. <br><br> APEX LINES, INC., an Illinois corporation <br><br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No.:  2025 C 12871

Judge Thomas M. Durkin

Magistrate Judge Beth W. Jantz

AFFIDAVIT IN SUPPORT OF
MOTION TO COMPEL DISCOVERY RESPONSES

NOW COMES the undersigned, JOHN J. TOOMEY, upon being first duly sworn, deposes and states as follows:

1.     The undersigned is counsel of record in Case No. 2025 C 12871.

2.     Affiant is an attorney licensed to practice law in the State of Illinois since 1978. Affiant is admitted to the trial Bar of the Northern District of Illinois, the Central District of Illinois and the Seventh, Eighth, Second, Eleventh Circuit Courts of Appeal, U. S. Tax Court and the United States Supreme Court.

3.     On May 9, 2025 the Plaintiffs forwarded a letter to Defendant regarding an initial compliance audit for the period of January 1, 2020 through April 30, 2025 (Exhibit A).

4.     On July 30, 2025 counsel for the Plaintiffs forwarded a letter to produce records for an audit for the period of January 1, 2020 through June 30, 2025 (Exhibit B).

5. On August 15, 2025 counsel for the Defendant advised of (1) his representation of the Defendant and (2) advised that Apex will comply and that counsel will contact Legacy Professionals to make arrangements to produce the records for the audit period (Exhibit C).

6. On October 22, 2025 Plaintiffs filed their Complaint at Law to obtain an audit Docket #1) as no cooperation occurred.

7. Plaintiffs issued Rule 34 Request to Produce Records for an Audit on February 12, 2026 to be responded to 30 days after receipt (Exhibit D).

8. Defendant has not responded to the Rule 34 Request to Produce Records for an Audit and over 7 months since Defendant's counsel promise of cooperation and production (Exhibit C).

9. Pursuant to Local Rule 37.2, I telephoned Todd Miller on March 16, 2026 and left a voice mail message to Mr. Miller regarding obtaining records pursuant to the Plaintiff's Rule 34 Request to Produce Records an Audit.

4. On March 19, 2026 an email was sent to Defendant's counsel again seeking responses to Plaintiffs Rule 34 Request to Produce Records for an Audit (Exhibit E). No response telephone call or correspondence from Defendant's counsel was received by Plaintiffs' counsel causing this Motion to Compel to be filed.

FURTHER AFFIANT SAYETH NOT.

_____
JOHN J. TOOMEY

JOHN J. TOOMEY
ARNOLD AND KADJAN
35 E. Wacker Drive
Suite 600
Chicago, Illinois 60602
(312) 236-0415

2

# EXHIBIT A



# LEGACY
## PROFESSIONALS LLP
### CERTIFIED PUBLIC ACCOUNTANTS

May 9, 2025

Apex Lines Inc
1335 Oak Ave
Lemont, IL 60439

RE:     Suburban Teamsters of Northern Illinois Fringe Benefits Funds Compliance Audit

Dear Employer:

We have been engaged by the Board of Trustees of the above captioned plans to perform an examination of the payroll records of contributing employers.

As you may know, well-managed benefit funds conduct periodic inspections of pertinent employer records and contributions. These inspections not only verify the accuracy of the contributions, but also furnish an opportunity to clear up any misunderstandings which may exist in connection with the basis for the contributions. Accordingly, the Trustees have conducted a program to verify the correctness of payments with the provisions of the Trust Agreements.

Your company has been selected for routine audit of your records to be done by a representative of this firm. In order to facilitate the audit, we will require the following records for the period of January 1, 2020 through April 30, 2025. Your office will be contacted to set up a mutually convenient date.

1.      Weekly payroll journals/Time cards
2.      Individual earnings records
3.      Employers quarterly federal tax returns (Form 941, state UC 3/40 & W2's/W3's)
4.      All pertinent personnel file information
5.      Employer copies of monthly contribution reports to all fringe benefit funds to which you contribute
6.      Cash disbursement journals/Check Registers
7.      General Ledgers
8.      Bank Statements
9.      Federal business income tax returns, either Form 1120, 1120-S, 1065, or 1040 schedule C
10.     Load sheets with invoices attached

While we anticipate that our review of the above records will allow us to complete the engagement, occasionally the audit may warrant review of additional records. If any of the above listed records will not be made available for our audit, please contact us as soon as possible.

Thank you in advance for your cooperation.

Sincerely,

*Legacy Professionals LLP*

cc:     Heather Montalbano-Espe
        Jose Colin
        Taylor Risch
        Ashley Mueller

# EXHIBIT B

LAW OFFICES

# ARNOLD AND KADJAN, LLP

JOHN J. TOOMEY
DONALD D. SCHWARTZ
STEVEN F. McDOWELL
PAUL M. EGAN

JAMES R. ANDERSON
GRANT R. PIECHOCINSKI

35 EAST WACKER DRIVE
SUITE 600
CHICAGO IL
60601-2106

TELEPHONE (312) 236-0415
FAX (312) 341-0438
EMAIL: info@aandklaw.com

HUGH B. ARNOLD (1961-2020)
DANIEL N. KADJAN (1961-1993)

July 30, 2025

CERTIFIED MAIL
RETURN RECEIPT REQUESTED and
Regular Mail
Ms. Guoda Kijajevaite
President and Registered Agent
Apex Lines, Inc., an Illinois corporation
not in good standing
1335 Oak Avenue
Lemont, Illinois 60439

Re: Suburban Teamsters of Northern Illinois Pension and Welfare Funds
Audit Period: January 1, 2020 through June 30, 2025

Dear Ms. Kijajevaite:

I am counsel for Suburban Teamsters of Northern Illinois Welfare and Pension Funds. Pursuant to your Teamsters Collective Bargaining Agreement and the terms of the Trust Agreements that establish the Plan, the Funds seek to conduct an audit of your payroll books and records for the period January 1, 2020 through June 30, 2025.

In order to accomplish this, please telephone Heather Montalbano-Espe, Compliance Auditor, at (630) 293-0390 from 9:00 a.m. to 4:30 p.m. Monday-Friday to schedule a mutually convenient audit date. Unless an audit date can be completed by August 21, 2025, the Fund Trustees have directed that I seek court intervention to compel an audit. Please call upon receipt if you have any questions.

Yours truly,

ARNOLD AND KADJAN, LLP

By: _____
John J. Toomey

JJT:cc
cc: Suburban Teamsters

# EXHIBIT C

 Outlook

---

**Apex Lines, Inc. - Suburban Teamsters Funds Audit`**

---

**From** Todd A. Miller <tam@alloccomiller.com>

**Date** Fri 8/15/2025 3:05 PM

**To**    John Toomey <jtoomey100@hotmail.com>

**Cc**    Guoda Kijajav <apexlinesinc@gmail.com>; Kathleen Cahill <kmc@alloccomiller.com>

Good afternoon John,

I am writing to let you know that I represent Apex Lines, Inc. and have been asked to respond to your letter on behalf of the Suburban Teamsters Funds demanding an audit.

Apex will comply with the audit and we will reach out to Heather at Legacy Professionals to make arrangements to produce the records for the audit period.

Please direct all future communications to me and please refrain from filing suit because they are not refusing to submit.

If you have any questions, please let me know.

Have a nice weekend.

Thanks,

Todd

**Todd A. Miller**
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517*
Chicago, IL 60606
312-675-4325
Fax: 312-675-4326
Email: tam@alloccomiller.com
Website: alloccomiller.com

**\*Please note our new address above effective February 10, 2015**

CONFIDENTIALITY NOTICE DISCLOSURE
The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TRUSTEES OF THE SUBURBAN TEAMSTERS ) 
OF NORTHERN ILLINOIS WELFARE AND )
PENSION FUNDS, )
                                )
         Plaintiffs, )
                                )   Case No.: 2025 C 12871
v.                       )
                                )   Judge Thomas M. Durkin
                                )
APEX LINES, INC.,                )
an Illinois corporation         )   Magistrate Judge Beth W. Jantz
                                )
                                )
         Defendant. )

**FRCP RULE 34
REQUEST TO PRODUCE
<u>RECORDS FOR AN AUDIT</u>**

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, LLP and pursuant to FRCP 34(1) make request to permit the Plaintiffs' auditor, acting on behalf of the Funds, to inspect and copy, test and audit the designated documents including computer records and other data compilations from which information can be obtained from such records which are in the possession, custody or control of Defendant, APEX LINES, INC., an Illinois corporation, within thirty (30) days of receipt to be conducted upon the Defendant's premises to be organized and labeled to correspond with the categories in the request. <u>Please call the undersigned to arrange a time and date for the audit</u>.

The time period of this request is January 20, 2022 through the present time.

A.    All cash receipts and disbursement journals, accounts receivable and accounts payable ledgers.

1

B.   All individual payroll records;

C.   All time records and time sheets which are the basis of the above-mentioned individual payroll records;

D.   All state unemployment payroll tax returns;

E.   All state and federal certified payroll forms;

F.   All union pension and welfare fund records or the records showing fringe benefit contributions on behalf of any employees, brokers or subcontractors and foreign union reports (i.e., non-teamster);

G.   All other relevant records which would tend to show compliance with the terms of the Trust or on which hours can be computed;

H.   All federal and state payroll and income tax returns, including, but not limited to 1099, W-2 and/or U.C. 3, 1120 and 1065 forms;

I.   All documents, which indicate Defendant's ownership interest in any entity, which performs, in whole or in part, work for which truck drivers would be employed;

J.   All state and federal income tax returns, including, but not limited to, 1099, 1040, 1065, 1120's, W-2 and W-4 forms;

K.   All cash disbursement journals, including, but not limited to check registers and canceled checks of all checking accounts maintained by Defendant.

L.   All subcontracting or Broker agreements;

M.   All invoices to others for payment of work performed;

N.   Tax returns for years 2022 through the present;

O.   All documents which show or which tend to indicate Defendant's ownership in any company, regardless of its status as a corporation, limited liability company, joint venture,

2

partnership or sole proprietorship, which performs, in whole or in part, work for which truck drivers would be employed;

P.    All Union Fringe Benefit reports for any Fund(s) for January 1, 2020, 2022 through the present time.

Q.    The name, address and contact information of the Defendant's bookkeeper, accountant and the person responsible for submitting Suburban Teamster Fringe Benefit Report Forms.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUND, Plaintiffs

By:    _____
       One of Their Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive
Suite 600
Chicago, Illinois  60601
(312) 236-0415

3

# EXHIBIT E

 Outlook

## Re: Suburban v. Apex Lines, Inc., Case No.: 25 C 12871

**From** John Toomey <jtoomey100@hotmail.com>

**Date** Thu 3/19/2026 11:20 AM

**To** Todd Miller <tam@alloccomiller.com>; Kathleen Cahill <kmc@alloccomiller.com>

March 19, 2026

By email
Todd Miller
Kathleen Cahill

      Re:    Suburban v. Apex Lines, Inc., Case No.: 25 C 12871

Todd and Kathleen:

On February 12, 2026 I sent you an email (below) enclosing Plaintiffs' Rule 34 Request to Produce Records for an Audit and Notice of Mailing, which were due within 30 days, on or before March 12, 2026.

Pursuant to Local Rule 37.2, I left you a voice mail message on March 16, 2026 to discuss production of records. As of this date, no documents have been produced and you have not responded to my voice mail message.

Pursuant to the Joint Status Report filed on January 7, 2026 it was agreed that you would provide the requested documents to complete the audit, but expected to be able to do so by January 31, 2026.

Please contact me upon receipt of this email to discuss production of records. Absent any response from you or production of records, I will seek court intervention.

## **Rule 26 Disclosures**

Plaintiff has forwarded its Rule 26 Disclosures on January 9, 2026. Defendant's Rule 26 Disclosures are due by March 31, 2026.

Please call me upon receipt to discuss this matter.

John J. Toomey
Arnold and Kadjan, LLP
35 E. Wacker Drive

Suite 600
Chicago, IL 60601
(312) 236-0415

THIS EMAIL AND ANY FILES TRANSMITTED IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IT MAY CONTAIN PRIVILEGED OR CONFIDENTIAL INFORMATION THAT IS EXEMPT FROM DISCLOSURE. Dissemination, distribution or copying of this message by anyone other than the addressee is strictly prohibited. If you received this message in error, please notify us immediately by replying: "Received in error" and delete the message. Thank you.

**From:** John Toomey <jtoomey100@hotmail.com>
**Sent:** Thursday, February 12, 2026 1:43 PM
**To:** Todd Miller <tam@alloccomiller.com>; Kathleen Cahill <kmc@alloccomiller.com>
**Subject:** Suburban v. Apex Lines, Inc., Case No.: 25 C 12871

Todd and Kathleen:

Attached please find Plaintiff's FRCP Rule 34 Request to Produce Records for an Audit and Notice of Mailing. Also sent by regular mail.

John J. Toomey
Arnold and Kadjan, LLP
35 E. Wacker Drive
Suite 600
Chicago, IL 60601
(312) 236-0415

THIS EMAIL AND ANY FILES TRANSMITTED IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IT MAY CONTAIN PRIVILEGED OR CONFIDENTIAL INFORMATION THAT IS EXEMPT FROM DISCLOSURE. Dissemination, distribution or copying of this message by anyone other than the addressee is strictly prohibited. If you received this message in error, please notify us immediately by replying: "Received in error" and delete the message. Thank you.