**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No.:   2025 C 12871 |
| v. | ) ) | Judge Thomas M. Durkin |
| APEX LINES, INC., an Illinois corporation | ) ) ) | Magistrate Judge Beth W. Jantz |
| Defendant. | ) ) ) | |

NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:   Todd Miller
      Kathleen Cahill
      Allocco, Miller & Cahill, P.C.
      20 N. Wacker Drive, Suite 3517
      Chicago, Illinois  60606

      PLEASE TAKE NOTICE that on March 26, 2026, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

      1.      Plaintiffs Motion to Compel Discovery Responses and John J. Toomey's Affidavit in Support of Motion to Compel Discovery Responses

copies of which are attached hereto and served upon you.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS, Plaintiffs

s/John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
Telephone No.:  (312) 236-0415
Facsimile No.:  (312) 341-0438
Dated:  March 26, 2026

CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2026, I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system.

> s/John J. Toomey
> ARNOLD AND KADJAN, LLP
> 35 E. Wacker Drive, Suite 600
> Chicago, IL 60601
> Telephone No.:  (312) 236-0415
> Facsimile No.:  (312) 341-0438
> Dated:  March 26, 2026