## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Trustees of the Suburban Teamsters of Northern
Illinois Welfare and Pension Funds

Plaintiff,

v.

Case No.:
1:25−cv−12871

Honorable Thomas M.
Durkin

Apex Lines, Inc., an Illinois corporation

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 9, 2026:

     MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 4/9/2026. Motion to compel [18] is granted. Defendant is to respond to the discovery requests by 4/13/2026. The telephone status hearing set for 5/5/2026 is reset for 6/9/2026 at 9:00 a.m. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.