**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Trustees of the Suburban Teamsters of Northern
Illinois Welfare and Pension Funds

                                        Plaintiff,

v.                                                      Case No.:
                                                        1:25–cv–12871

                                                        Honorable Thomas M.
                                                        Durkin

Apex Lines, Inc., an Illinois corporation

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 9, 2026:

        MINUTE entry before the Honorable Thomas M. Durkin: Telephone status
hearing held on 6/9/2026. A telephone status hearing is set for 7/29/2026 at 9:00 a.m. To
join the telephone conference, dial (650) 479–3207, Access Code 180 815 7648.
Throughout the hearing, each speaker will be expected to identify themselves for the
record before speaking. Counsel must be in a quiet area while on the line. Please be sure
to keep your phone on mute when you are not speaking. Persons granted remote access to
proceedings are reminded of the general prohibition against photographing, recording, and
rebroadcasting of court proceedings. Violation of these prohibitions may result in
sanctions, including removal of court issued media credentials, restricted entry to future
hearings, denial of entry to future hearings, or any other sanctions deemed necessary by
the Court. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.