**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.: 2025 C 12871 |
| v. | ) | |
| | ) | Judge Thomas M. Durkin |
| APEX LINES, INC., an Illinois corporation | ) | Magistrate Judge Beth W. Jantz |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, through its attorneys, JOHN J. TOOMEY and ARNOLD AND KADJAN, LLP and Defendant, APEX LINES, INC., an Illinois corporation, through its attorneys, TODD MILLER and KATHLEEN CAHILL, Allocco, Miller & Cahill, P.C., stipulate as follows:

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal with prejudice of Defendant, APEX LINES, INC., an Illinois corporation, each party to bear their own costs and attorneys' fees.

Respectfully submitted,

TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, Plaintiffs
John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, Illinois 60601
(312) 236-0415

APEX LINES, INC.,
an Illinois corporation
Defendant
Todd Miller
Kathleen Cahill
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
312-675-4325

CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2026, I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system.

s/John J. Toomey
ARNOLD AND KADJAN, LLP
35 E. Wacker Drive, Suite 600
Chicago, IL 60601
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: August 28, 2026